UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HASSAN AMHIRRA,<br><br>                Petitioner,<br>  v.<br><br>WARDEN, Northwest Detention Center,<br><br>                Respondent. | CASE NO. 2:25-cv-01376-TL<br><br>ORDER ON MOTION FOR TEMPORARY RESTRAINING ORDER |

This matter is before the Court on Petitioner Hassan Amhirra's emergency motion for a temporary restraining order ("TRO"). Dkt. No. 34. On October 28, 2025, the Court ordered Petitioner to clarify whether he had intended to file his motion in this case, No. C25-1376, or in his other case pending in this District, No. C25-5800. *See* Dkt. No. 37 (minute order). Petitioner responded by asserting, "The Motion for TRO was intended to be filed on 3:25-cv-5800, not this action." Dkt. No. 38 (Petitioner's Resp.) ¶ 2. Given Petitioner's representation, the Court considers Petitioner to have constructively withdrawn his emergency motion in this case. The Court will address Petitioner's motion in Petitioner's other case. Therefore, the Clerk of Court is DIRECTED to STRIKE Petitioner's motion (Dkt. No. 34) from the docket.

Dated this 28th day of October 2025.

Tana Lin
United States District Judge

ORDER ON MOTION FOR TEMPORARY RESTRAINING ORDER – 1