UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HASSAN AMHIRRA,<br><br>      Petitioner,<br> v.<br><br>WARDEN, Northwest Detention Center,<br><br>      Respondent. | CASE NO. 2:25-cv-01376-TL<br><br>ORDER DIRECTING GOVERNMENT TO FILE STATUS REPORT |

  The Court has reviewed the Status Reports filed by Petitioner (Dkt. No. 41) and the Government (Dkt. No. 42), as well as the audio recording of Petitioner's October 28, 2025, hearing (*see* Dkt. No. 43-1). At that hearing, the Government attempted to provide Petitioner with a competent interpreter, but the interpreter was unable to adequately communicate with Petitioner. *See id.* The hearing was re-set to November 26, 2025. *See id.*

  In an Order dated September 22, 2025, the Court re-noted Petitioner's Motion for Preliminary Injunction (Dkt. No. 14) and the Government's Motion to Dismiss (Dkt. No. 16) for November 7, 2025. Dkt. No. 32 at 2. The Court advised, however, that

ORDER DIRECTING GOVERNMENT TO FILE STATUS REPORT – 1

> if an adequate interpreter is not sourced for the October 28 hearing, the motions will not be re-noted again in anticipation of another hearing absent a specific showing that an interpreter capable of communicating with Petitioner has been afforded. Petitioner's contention, that removal is not reasonably foreseeable because of the failure to provide adequate interpretation, will be evaluated on the basis of the record after the October 28 hearing.

*Id.* at 2–3. As discussed above, an adequate interpreter was *not* sourced for the October 28 hearing. However, it appears the Government believes it will be able to obtain an adequate interpreter, as it requested a hearing date of November 18, 2025 (which was then set for November 26, 2025, due to the unavailability of Plaintiff's counsel on the earlier date).

Therefore, the Government is ORDERED to provide a status report advising the Court on: (1) its specific efforts to locate a suitable interpreter; (2) if a suitable interpreter has not been located, whether it believes a suitable interpreter can be located, and the reason it believes it will be able to locate a suitable interpreter in the near term; and (3) the date by which it anticipates that such an interpreter will be retained. The Government SHALL respond to this order **no later than December 1, 2025.**

Dated this 17th day of November 2025.

Tana Lin
United States District Judge

ORDER DIRECTING GOVERNMENT TO FILE STATUS REPORT – 2